NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**EVIDEO INCORPORATED, MAURO DIDOMENICO, CRAIG LINDEN, REALVIRT LLC, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL THOSE SIMILARLY SITUATED,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————————

2018-1722

———————————————

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00663-LKG, Judge Lydia Kay Griggsby.

———————————————

## JUDGMENT

———————————————

PATRICK RICHARD DELANEY, Devlin Law Firm, Wilmington, DE, argued for plaintiffs-appellants.

NICHOLAS JAE-RYOUNG KIM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee.

Also represented by JOSEPH H. HUNT, GARY LEE HAUSKEN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 14, 2019          /s/ Peter R. Marksteiner
      Date                        Peter R. Marksteiner
                                          Clerk of Court